JACK P. DiCANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301-1908
Telephone: (650) 470-4660
Telephone: (212) 735-3000

STEVEN C. SUNSHINE (*pro hac vice*)
steven.sunshine@skadden.com
JULIA K. YORK (*pro hac vice*)
julia.york@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000

MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
EVAN H. LEVICOFF (*pro hac vice*)
evan.levicoff@skadden.com
THOMAS J. SMITH (*pro hac vice*)
thomas.smith@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001

Attorneys for Defendant
Netflix, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MICHELLE FENDELANDER,<br>Plaintiff,<br>v.<br>NETFLIX, INC.,<br>Defendant. | CASE NO.: 5:25-cv-10521-EKL<br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT**<br>Judge: Hon. Eumi K. Lee<br>Complaint filed on December 8, 2025 |

**STIPULATION**

Pursuant to Civil Local Rule 6-1(a), Plaintiff Michelle Fendelander ("Plaintiff") and Defendant Netflix, Inc. ("Defendant") hereby stipulate and agree as follows:

WHEREAS, Defendant was served with Plaintiff's Complaint on December 12, 2025;

WHEREAS, Plaintiff and Defendant agree that the deadline for Defendant to respond to Plaintiff's Complaint is extended to January 30, 2026;

WHEREAS, there have been no previous extensions to Defendant's time to answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, the extension of time for Defendant to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the deadline for Defendant to respond to the Complaint is extended to January 30, 2026.

DATED: December 18, 2025 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Jack P. DiCanio*
Jack P. DiCanio

Attorney for Netflix, Inc.

DATED: December 18, 2025 BATHAEE DUNNE LLP

By: /s/ *Brian J. Dunne*
Brian J. Dunne

Attorney for Michelle Fendelander

**ATTESTATION**

I, Jack P. DiCanio, attest pursuant to Civil Local Rule 5-1(i)(3) that each of the other signatories to this Joint Stipulation To Extend Time For Defendant's Response to Complaint has concurred in the filing of this document.

DATED: December 18, 2025

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Jack P. DiCanio*
Jack P. DiCanio

Attorney for Netflix, Inc.