**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

Allison Watson (CA 328596)
awatson@bathaeedunne.com
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626
Tel.: (213) 458-7075

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE FENDELANDER,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No. 5:25-cv-10521-EKL<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Hon. Eumi K. Lee |

On December 8, 2025, Plaintiff Michelle Fendelander filed this action challenging the merger of Defendant Netflix, Inc. with Warner Bros. Discovery, Inc. under Section 7 of the Clayton Act, 15 U.S.C. § 18. ECF No. 1. On January 30, 2026, Netflix filed a motion to dismiss, ECF No. 29, which is set for hearing May 13, 2026.

On February 26, 2026, Warner Bros. Discovery announced that its board had determined a recent offer from Paramount Skydance Corporation to be a "Company Superior Proposal" under the Netflix merger agreement. *Warner Bros. Discovery Board of Directors Determines Revised Proposal from Paramount Skydance Constitutes a 'Company Superior Proposal'*, WARNER BROS. DISCOVERY (Feb. 26, 2026), https://bit.ly/4kVyq4Y. Under the Netflix agreement, this triggered a four-business-day period within which Netflix could match Paramount's offer, or the Netflix agreement would terminate. *Id.* Later on February 26, Netflix announced it would not match Paramount's offer. *Netflix Declines to Raise Offer for Warner Bros.*, NETFLIX INVESTORS (Feb. 26, 2026), https://bit.ly/4l60vXE.

On February 27, 2026, Paramount announced that it had "entered into a definitive agreement under which Paramount will acquire WDB," and that "[t]he transaction has been unanimously approved by the Boards of Directors of both companies." *Paramount to Acquire Warner Bros. Discovery to Form Next-Generation Global Media and Entertainment Company*, PARAMOUNT INVESTOR RELATIONS (Feb. 27, 2026), https://bit.ly/4aRPVhZ. Also on February 27, Warner Bros. Discovery filed with the U.S. Securities and Exchange Commission a Form 8-K disclosure stating that it had "delivered to Netflix a written notice terminating the Netflix Merger Agreement." *Warner Bros. Discovery, Inc., Current Report (Form 8-K)* (filed Feb. 27, 2026), available at https://bit.ly/47hGfwe, at 7.

In view of the above, there is no longer a Netflix-Warner Bros. Discovery merger to challenge. Plaintiff accordingly voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  February 27, 2026

Respectfully submitted,

**BATHAEE DUNNE LLP**

*/s/ Brian J. Dunne*
Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Allison Watson (CA 328596)
awatson@bathaeedunne.com
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626
Tel.: (213) 458-7075

*Attorneys for Plaintiff and the
Proposed Class*